**2003–0258. Poulton v. Am. Economy Ins. Co.**

Stark App. Nos. 2002CA00038 and 2002CA00061, 2002-Ohio-7214. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., COOK and O'CONNOR, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2002–1955. Leon v. Boardman Twp.**

Mahoning App. No. 01CA235, 2002-Ohio-5371.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1956. Tucker v. Wilson.**

Clermont App. No. CA2002–01–002, 2002-Ohio-5142.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1968. Diehl, Inc. v. Ohio Dept. of Agriculture.**

Defiance App. No. 4–02–14, 2002-Ohio-5137.

RESNICK and PFEIFER, JJ., dissent.

**2002–1981. In re Estate of Worstell.**

Montgomery App. No. 19133, 2002-Ohio-5385. Discretionary appeal allowed.

MOYER, C.J., COOK and O'CONNOR, JJ., dissent.

On motion for admission pro hac vice of Michael G. Lambros, Thomas J. Cullen, and Paul E. Nystrom by Joseph F. Murray. Motion granted.

**2002–1986. Shaw v. State Farm Ins. Co.**

Cuyahoga App. No. 80471, 2002-Ohio-5330.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1994. Dobran v. Franciscan Med. Ctr.**

Montgomery App. No. 19218, 2002-Ohio-5378.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–2054. Munoz v. Nationwide Fire Mut. Ins. Co.**

Lucas App. No. L–02–1105, 2002-Ohio-6186.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

RESNICK, J., not participating.

**2002–2058. Midwestern Indemn. Co. v. Savage.**

Darke App. No. 02CA1584, 2002-Ohio-5593. Discretionary appeal allowed; cause consolidated with 2002–2082, *Midwestern Indemn. Co. v. Savage,* Darke App. No. 02CA1584, 2002-Ohio-5593; causes held for the decision in 2001–1891 and 2002–0262, *Penn Traffic Co. v. AIU Ins. Co.,* Pike App. No. 00CA653, 2001-Ohio-2567; and briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2002–2086. State v. Wilson.**

Lucas App. No. L–01–1196, 2002-Ohio-5920. Discretionary appeal allowed on Proposition of Law No. I; cause consolidated with 2002–2033, *State v. Wilson,* Lucas App. No. L–01–1196, 2002-Ohio-5920; causes held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; and briefing schedule stayed.

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur except that they would allow all Propositions of Law.

RESNICK, J., not participating.